UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| RICKIE WESTBROOK, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:10-cv-526 JD |
| | ) | |
| STATE OF INDIANA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# INITIAL REPORT AND RECOMMENDATION[1]

On June 3, 2011, Plaintiff, Rickie Westbrook, Sr. ("Westbrook"), proceeding *pro se*, filed a motion to dismiss Defendants, Marion City Hall, Grant County Commissioner, and Kokomo Perspective. Because Westbrook no longer wishes to pursue claims against these three parties, the Court **RECOMMENDS** that Defendants, Marion City Hall, Granty County Commissioner, and Kokomo Perspective, be **DISMISSED WITH PREJUDICE** pursuant to Rule 41. Consequently, the motions to dismiss and motions for entry of judgment filed by these three Defendants should be **DENIED AS MOOT.** [Doc. No. 32, 39, 46, 60 & 61].

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed.R.Civ.P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 28th day of June, 2011.

                                                  S/Christopher A. Nuechterlein
                                                  Christopher A. Nuechterlein
                                                  United States Magistrate Judge

---

[1] There are currently five pending motions to dismiss in this case. This report and recommendation only addresses three of them. The Court will address the remaining motions in later reports and recommendations.

cc:   Rickie Westbrook
      1915 Nebraska Street
      Marion, Indiana 46953